UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-537-MOC-DSC

| | | |
|---|---|---|
| LUCAS SHAWN CAPITAL LLC, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on a Motion to Consolidate, (Doc. No. 16), pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Civil Rule 42.1, filed by Defendant Bank of America. Defendant moves this Court to consolidate this action with <u>Bory Ryan Investment LLC v. Bank of America, N.A.</u>, Civil Action No. 3:21-cv-526-RJC-DSC.

The Court finds that consolidation is appropriate because the actions involve overlapping parties, facts, claims, and defenses. Thus, the Motion to Consolidate (Doc. No. 16) is **GRANTED**, and all matters will now proceed under Civil Action No. 3:21-cv-526-RJC-DSC, the first-filed action.

**IT IS SO ORDERED.**

Signed: January 27, 2022



Max O. Cogburn Jr.
United States District Judge

1